IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SAMUEL FERNANDEZ,** on Behalf of Himself and on Behalf of Others Similarly Situated**,** <br><br> Plaintiff, <br> v. <br><br> **MILLCOM CABLE SERVICE LLC, PERFECTVISION MANUFACTURING, INC. d/b/a PERFECT 10 and ANTHONY MILLER,** <br> Defendants. | § § § § § § § § § § § § § § | CA No. 4:19-cv-04942 <br><br><br> JURY DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

On the Joint Motion of the parties, **IT IS ORDERED** that all claims asserted in this case by Plaintiff Samuel Fernandez and opt-in plaintiffs Dave Ainsworth, Filiberto Anaya, Clifford Cox, Eduardo Flores, Chris Gonzalez, Stephen Gorman, Robert Henry, Jose Paez Kelly, Carl Leon Moore, Jr., Samnang Nuon, Miguel Ramirez, Brad Roy, Coty Seivert, Kyle Simmons, and Jose Villa are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that each party shall bear its own costs and attorneys' fees.

This is a **FINAL JUDGMENT**.

Signed on this 27th day of January, 2021.

_____
**Gray H. Miller**
**Senior United States District Judge**